JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-1559 JVS (JPRx) | Date | November 9, 2011 |
| Title | Ozuna v. GMAC Mortgage LLC | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   **Order Remanding Action to Superior Court**

   In response to the Court's Minute Order of October 20, 2011 (Docket No. 5) requesting jurisdictional information with regard to GMAC Mortgage LLC and Executive Trustee Services, LLC, these parties request that the Court remand the case.

   Accordingly, the Court remands the case to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

|   |   : | 00 |
|---|---|---|
|   | Initials of Preparer | kjt |